WERTHER-RAUSCH COMPANY et al., Appellants, *v.* NATIONAL ASSOCIATION OF EMPLOYING LITHOGRAPHERS et al., Respondents.

SACKETT & WILHELMS LITHOGRAPHING AND PRINTING COMPANY et al., Appellants, *v.* NATIONAL ASSOCIATION OF EMPLOYING LITHOGRAPHERS et al., Respondents.

*Werther-Rausch Co.* v. *Nat. Assn. Employing Lithographers,* 148 App. Div. 613, reversed.

*Sackett & Wilhelms L. & P. Co.* v. *Nat. Assn. Employing Lithographers,* 148 App. Div. 598, reversed.

(Argued April 28, 1914; decided May 12, 1914.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1912, upon an order reversing so far as appealed from the judgment of Special Term decreeing that upon the evidence taken at the trial and upon the pleadings the plaintiffs were entitled at the time the action was instituted to the injunction prayed for, but dismissing the complaint with costs to the plaintiffs on the motion of the plaintiffs, the sole ground for dismissal being that by reason of lapse of time and circumstances happening after the commencement of the action the plaintiffs no longer required the relief to which they were entitled. The Appellate Division further directed a dismissal of the complaint, with costs to defendants.

The actions were brought to restrain defendants from negotiating certain promissory notes.

*J. Aspinwall Hodge* for appellants.

*Charles E. Rushmore* and *Henry Root Stern* for respondents.

Order of Appellate Division in each case reversed, and judgment of the Special Term affirmed, with costs in

both courts, on the opinions of INGRAHAM, P. J., and LAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and CARDOZO, JJ. Not sitting: WERNER and MILLER, JJ.